# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EBIN NEW YORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> R&B COLLECTION INC., <br><br> Defendant. | Civil Action No. 2:23-cv-04201 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff EBIN New York, Inc., ("EBIN" or "Plaintiff") and Defendant R&B Collections, Inc. ("R&B" or "Defendant") by and through their respective undersigned counsel, hereby stipulate that all claims asserted by EBIN against R&B and all counterclaims asserted by R&B against EBIN, in the above-captioned action are dismissed with prejudice, with each party to bear its own costs and fees.

Dated: May 17, 2024

Respectfully jointly submitted,

/s/ *John K. Kim*
John K. Kim
**CLARK HILL PLC**
14850 N. Scottsdale Rd, Suite 500
Scottsdale, AZ 85254
(480) 684-1116
jkkim@clarkhill.com

1

Robert Feltoon
**CLARK HILL PLC**
Two Commerce Square
2001 Market Square, Suite 2620
Philadelphia, PA 19103
(215) 864-8064
rfeltoon@clarkhill.com

James P. Murphy
**CLARK HILL PLC**
190 E. Randolph St., 29th Floor
Chicago, IL 60601
(312) 985-5000
jmurphy@clarkhill.com

*Attorneys for Plaintiff*
*EBIN New York, Inc.*


/s/ John H. Choi
John H. Choi
John H. Choi & Associates LLC
65 Challenger Road, Suite 100
Ridgefield Park, NJ 07660
(201) 580-6600 (main)
(201) 580-0816 (direct)
(201) 625-1108 (fax)
jchoi@jchoilaw.com

*Attorneys for Defendant*
*R&B Collection Inc.*

**SO ORDERED.**

**s/ Leo M. Gordon**
**Hon. Leo M. Gordon**
**CIT Judge**
**Date: 5/20/2024**

2